TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4842
    Tina.naicker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| NAFIS BETHEL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 5:25-cv-02240-FWS (AS)<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

1    IT IS ORDERED AND ADJUDGED that this case is reversed and
2    remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of
3    Social Security for further administrative proceedings pursuant to this Court's
4    ORDER of remand, issued on December 12, 2025.

6    DATED: December 12, 2025                    / s / Sagar
                                                 HONORABLE ALKA SAGAR
                                                 UNITED STATES MAGISTRATE JUDGE