Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Nafis Bethel

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFIS BETHEL, | ) No. 5:25-cv-02240 FWS (AS) |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |
| v. | |
| FRANK BISIGNANO[1], Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. section 2412(d), in the amount of THREE THOUSAND SIX HUNDRED FIVE DOLLARS and FIFTY-TWO CENTS ($3,605.52), and costs under 28 U.S.C.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

1

1 section 1920, in the amount of ZERO DOLLARS AND NO CENTS ($0.00),
2 subject to the terms of the above-referenced Stipulation.
3     Dated: January 12, 2026

                                              / s / Sagar
                              THE HONORABLE ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE